**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

JENNIFER DERIEMAKER,

        Plaintiff,

v.                                      Case No. 18-13821

MANDARICH LAW GROUP LLP and
PYOD LLC

        Defendants.

_____/

**OPINION AND ORDER CONDITIONALLY GRANTING DEFENDANT'S
REQUEST TO WAIVE LOCAL COUNSEL RULE**

Defendant Mandarich Law Group LLP's ("MLG") requests to waive Eastern

District of Michigan Local Rule 83.20(f) which requires that the attorney of record for a

case be a "a member of the bar of this court having an office within the district[.]" E.D.

LR Mich. 83.20(f). MLG asserts that its current attorneys of record, Nicole Strickler and

Stephanie Strickler, are admitted to the Eastern District of Michigan and that Nicole

Strickler applied for admission to the State Bar of Michigan in September 2018. MLG

further asserts that pending her admission to the Michigan Bar, Nicole Stickler will

maintain an office in Michigan. The court is satisfied by this presentation and will waive

the local counsel requirement conditioned on Ms. Strickler's admission to the Michigan

Bar. Accordingly,

IT IS ORDERED that Defendant MLG's application to waive the local counsel

requirement (ECF No. 23) is CONDITIONALLY GRANTED pending Ms. Strickler's

admission to the Michigan Bar.

IT IS FURTHER ORDERED that MLG update the court regarding Ms. Strickler's Bar admission once new information becomes available.

Dated: March 15, 2019

s/Robert H. Cleland
ROBERT H. CLELAND
UNITED STATES DISTRICT JUDGE

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, March 15, 2019, by electronic and/or ordinary mail.

s/Lisa Wagner
Case Manager and Deputy Clerk
(810) 292-6522

S:\Cleland\Cleland\HEK\Civil\18-13821.DERIEMAKER.grant.local.counsel.waiver.HEK.docx